UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM JERRY GENTRY, II, } } | |
| Plaintiff, } } | |
| v. } } | Case No.: 5:17-cv-0502-MHH |
| NANCY A. BERRYHILL, } **Acting Commissioner of Social** } **Security,** } } | |
| Defendant. } | |

# MEMORANDUM OPINION

Mr. Gentry filed this disability case on March 30, 2017. (Doc. 1). On June 14, 2018, the magistrate judge entered a report in which he recommended that the Court affirm the Commissioner's decision denying Mr. Gentry's disability claim. (Doc. 10). The magistrate judge advised the parties of their right to file objections within 14 days. (Doc. 10, pp. 22-23). To date, no party has filed objections to the magistrate judge's report and recommendation.

A district court "may accept, reject, or modify, in whole or part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court reviews legal conclusions in a report *de novo* and reviews for plain error factual findings to which no objection is made. *Garvey v. Vaughn*, 993 F.2d

776, 779 n.9 (11th Cir. 1993); *see also LoConte v. Dugger*, 847 F.2d 745, 749 (11th Cir. 1988); *Macort v. Prem, Inc.*, 208 Fed. Appx. 781, 784 (11th Cir. 2006).[1] The Court finds no misstatements of law in the report and no plain error in the magistrate judge's description of the relevant facts. Therefore, the Court adopts the magistrate judge's report and accepts his recommendation.

**DONE** this 23rd day of July, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

[1] When a party objects to a report in which a magistrate judge recommends dismissal of the action, a district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. §§ 636(b)(1)(B)-(C).